ROBYN N. PULLIO
United States Department of Justice, Fraud Section
300 N. Los Angeles Street, Suite 2001
Los Angeles, California 90012
(202) 365-6897

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR No. 19-00209-JAK-1 |
| v. | |
| Darin Flashberg | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: (**List Documents**)

- Ex Parte Application to File Under Seal
- Proposed Order Sealing Documents
- Under Seal Document
- Proposed Order

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

February 16, 2021
Date

/s/ Robyn N. Pullio
Attorney Name

United States of America
Party Represented

Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING